BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
CHARLES N. SHEPHARD (SBN 078129)
CShephard@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiffs
Michael Chow known as "Mr. Chow,"
Mr Chow Enterprises, Ltd., a California
Limited Partnership, MC Miami Enterprises, LLC,
a Florida Limited Liability Company, MC Tribeca,
LLC, a New York Limited Liability Company, and
TC Ventures, Inc., a New York Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL CHOW, known as "MR. CHOW," MR CHOW ENTERPRISES, LTD., a California Limited Partnership, MC MIAMI ENTERPRISES, LLC, a Florida Limited Liability Company, MC TRIBECA, LLC, a New York Limited Liability Company, and TC VENTURES, INC., a New York Corporation,

    Plaintiffs,

vs.

GIUSEPPE CIPRIANI, IGNAZIO CIPRIANI, MAGGIO CIPRIANI and DOES 1 through 10,

    Defendants.

Case No. CV11-03566 AHM (RZx)

**COMPLAINT FOR LANHAM ACT VIOLATION, DILUTION OF FAMOUS NAME AND UNFAIR COMPETITION**

DEMAND FOR JURY TRIAL

Plaintiffs allege as follows:

58216-00003/1762804.1

COMPLAINT

## JURISDICTION AND VENUE

1. This is an action under the Lanham Act involving diversity of citizenship and supplemental jurisdiction. Jurisdiction is based on 15 U.S.C. § 1121(a), 28 U.S.C. §§ 1331, 1332, 1338(b) and 1367(a). Venue is proper in this Judicial District based upon 28 U.S.C. §§ 1391(b) and (c).

## FACTS RELEVANT TO EACH CLAIM

2. Plaintiff Michael Chow, widely known as "Mr. Chow," is a resident of California and the founder and creator of the "Mr. Chow" Restaurants and of the "Mr. Chow" name and brand. Plaintiff Mr Chow Enterprises, Ltd. is a California limited liability partnership that operates the "Mr. Chow" restaurant in Beverly Hills, California. Plaintiff TC Ventures, Inc. is a New York corporation that operates the "Mr. Chow" restaurant in mid-town Manhattan, New York. Plaintiff MC Tribeca, LLC is a New York limited liability company that operates the "Mr. Chow" restaurant in New York's Tribeca area. Plaintiff MC Miami Enterprises, LLC is a Florida limited liability company that operates the "Mr. Chow" restaurant in Miami Beach, Florida. Michael Chow is an owner and officer of each of the foregoing entities.

3. Plaintiffs are informed and believe and, on that ground, allege that defendants Giuseppe Cipriani, Ignazio Cipriani and Maggio Cipriani are residents of Italy doing business in California and in this District, that Giuseppe Cipriani is the senior and controlling person among defendants and that each of the defendants acted as the agent of each of the other defendants in their conduct alleged herein. The true names and capacities, whether individual, corporate, associate or otherwise, of the defendants named herein as Does 1 through 10 are unknown to plaintiffs who, therefore, sue said defendants by such fictitious names. Plaintiffs will amend this complaint to show their true names and capacities when the same have been ascertained. Plaintiffs are informed and believe, and thereon allege, that

1  Does 1 through 10 are responsible in some manner for the acts and transactions
2  hereinafter alleged and are liable to plaintiffs therefor.

3      4.    Over forty years ago, Michael Chow opened his first restaurant in London under the trade name "Mr. Chow." The London "Mr. Chow" was and is highly successful and became widely known in many parts of the world. Since then, Michael Chow, through the remaining plaintiff entities, opened and still operates successful restaurants in Beverly Hills, New York and Miami, all under the trade name "Mr. Chow." These restaurants serve Michael Chow's unique and highly styled interpretation of classic Chinese cuisine in a striking contemporary setting. The legendary "Mr. Chow" restaurant in Beverly Hills was opened in 1974 and has been enormously popular for over 30 years, not only with residents of Southern California, but with visitors to that area from all over the United States and the world.

    5.    Over the years, the name "Mr. Chow" has become a famous trade name and has acquired secondary meaning and good will as the unique and highly successful businesses operated under that name by plaintiffs and controlled and directed by Michael Chow.

    6.    Giuseppe Cipriani has operated hotels, restaurants and bars in various parts of the world. He has long been aware of the "Mr. Chow" restaurants and the value of the trade name "Mr. Chow." Since travelers from many parts of the United States and the world were familiar with that famous trade name, Michael Chow and Giuseppe Cipriani discussed opening and operating a hotel together in Las Vegas, Nevada to be called "Mr. Chow," a name they agreed was highly valuable for hotels, as well as restaurants.

    7.    Defendants have followed the pattern and practice of attempting to profit by adopting well known trade names that they knew were owned by others. At least twice, they have been sued for following that practice and forced to stop improperly doing business under such trade names.

8. Defendants are presently conducting a hotel business under the trade name "C." They have never operated any business under the name "Mr. C."

9. Defendants have now announced that they intend to open a hotel and "signature restaurant" in Beverly Hills, and that, instead of their present name "C," the name of their new hotel and "signature restaurant" in Beverly Hills, near "Mr. Chow," will be "Mr. C."

10. There are, of course, thousands of names defendants could have chosen for their new hotel and restaurant, including "C" the name under which they are presently doing business. Defendants have no need to change their trade name from "C" to "Mr. C" for use in Beverly Hills near "Mr. Chow." They have elected to make that change and to use "Mr. C," rather their present name "C," solely because their new location will be in close proximity to "Mr. Chow" in Beverly Hills. In that way, they can create the false public impression that the new hotel and "signature restaurant" in Beverly Hills called "Mr. C" is run or licensed by or associated with the famous and successful "Mr. Chow" and thus appropriate to themselves the good will built over decades by plaintiffs.

## SECOND CLAIM FOR RELIEF

### (Lanham Act Violation – Against All Defendants)

11. Plaintiffs incorporate by reference paragraphs 1 through 10 hereinabove as though fully set forth herein.

12. Defendants' conduct will constitute a violation of Section 43(a) of the Lanham Act, in that their use of the name "Mr. C" for their hotel and "signature restaurant" in close proximity to the well known and successful "Mr. Chow" restaurant in Beverly Hills will create likely confusion and the false public impression that "Mr. C" is run by plaintiffs or somehow associated with them or the famous "Mr. Chow" restaurants.

At the same time, plaintiffs will likely be held responsible for the quality of the food, rooms, prices and service at "Mr. C," although they have no control whatsoever over any of those things.

13. Defendant's conduct alleged hereinabove will cause plaintiffs severe and irreparable harm for which plaintiffs have no adequate remedy at law, in that the full extent of the damages they will cause can never be fully ascertained. Accordingly, plaintiffs are entitled to injunctive relief.

14. Defendants' conduct alleged hereinabove will cause plaintiffs substantial damages. To the limited extent such damages are ascertainable, plaintiffs are informed and believe and, on that ground, allege that such damages will exceed the sum of $10 million.

15. Defendants have not elected to use the name "Mr. C" near "Mr. Chow" in Beverly Hills out of any sincere or proper motive, but are doing so oppressively and fraudulently, with the intention of confusing and misleading the public and appropriating the good will of plaintiffs without compensation. This is not the first time defendants have tried to usurp a trade name they knew was not theirs. That has been their pattern and practice. Accordingly, plaintiffs are entitled to punitive damages and their reasonable attorneys' fees.

## THIRD CLAIM FOR RELIEF

### (Dilution of Famous Trade Name – Against All Defendants)

16. Plaintiffs incorporate by reference paragraphs 1 through 10 hereinabove as though fully set forth herein.

17. Defendants' acts alleged hereinabove will cause substantial dilution of the famous trade name "Mr. Chow."

18. Defendants' conduct alleged hereinabove will cause plaintiffs severe and irreparable harm for which plaintiffs have no adequate remedy at law, in that

the full extent of the damages they will cause can never be fully ascertained. Accordingly, plaintiffs are entitled to injunctive relief.

19. Defendants' conduct alleged hereinabove will cause plaintiffs substantial damages; but, to the limited extent such damages can be ascertained, plaintiffs are informed and believe and, on that ground, allege that such damages will exceed the sum of $10 million.

20. Defendants have not elected to use the name "Mr. C" near "Mr. Chow" in Beverly Hills out of any sincere or proper motive, but are doing so oppressively and fraudulently, with the intention of confusing and misleading the public and appropriating the good will of plaintiffs without compensation. This is not the first time defendants have tried to usurp a trade name they knew was not theirs. That has been their pattern and practice. Accordingly, plaintiffs are entitled to punitive damages and their reasonable attorneys' fees.

## FOURTH CLAIM FOR RELIEF

### (Violation of California Business & Professions Code §17,200 et seq.)

21. Plaintiffs incorporate by reference paragraphs 1 through 10 hereinabove as though fully set forth herein.

22. Defendants' acts alleged hereinabove will constitute an unfair and fraudulent business practice and thus unfair competition as defined in California Business & Professions Code Section 17,200 et seq.

23. Defendants' conduct alleged hereinabove will cause plaintiffs severe and irreparable harm for which plaintiffs have no adequate remedy at law, in that the full extent of the harm they will cause and the benefits they will reap can never be fully ascertained. Accordingly, plaintiffs are entitled to injunctive relief.

24. Although the full amount is not ascertainable, plaintiffs are informed and believe that defendants' improper conduct will, to the limited extent ascertainable, entitle plaintiffs to restitution of a sum in excess of $10 million.

25.   Defendants have not elected to use the name "Mr. C" near "Mr. Chow" in Beverly Hills out of any sincere or proper motive, but are doing so oppressively and fraudulently, with the intention of confusing and misleading the public and appropriating the good will of plaintiffs without compensation. This is not the first time defendants have tried to usurp a trade name they knew was not theirs. That has been their pattern and practice. Accordingly, plaintiffs are entitled to punitive damages and their reasonable attorneys' fees.

### FIFTH CLAIM FOR RELIEF
### (Common Law Unfair Competition)

26.   Plaintiffs incorporate by reference paragraphs 1 through 10 hereinabove as though fully set forth herein.

27.   Defendants' announced plan to adopt, for the first time, the deliberately confusing name "Mr. C" for their hotel and "signature restaurant" in close proximity to the famous "Mr. Chow" restaurant in Beverly Hills will constitute common law unfair competition under the laws of California.

28.   Defendants' conduct alleged hereinabove will cause plaintiffs substantial damages, the full extent of which cannot be computed; but to the limited extent such damages can be ascertained, plaintiffs are informed and believe and, on that ground, allege that such damages will exceed the sum of $10 million.

29.   Defendants' conduct alleged hereinabove will cause plaintiffs severe and irreparable harm for which plaintiffs have no adequate remedy at law, in that the full extent of the damages they will cause can never be fully ascertained. Accordingly, plaintiffs are entitled to injunctive relief.

30.   Defendants have not elected to use the name "Mr. C" near "Mr. Chow" in Beverly Hills out of any sincere or proper motive, but are doing so oppressively and fraudulently, with the intention of confusing and misleading the public and appropriating the good will of plaintiffs without compensation. This is

not the first time defendants have tried to usurp a trade name they knew was not theirs. That has been their pattern and practice. Accordingly, plaintiffs are entitled to punitive damages and their reasonable attorneys' fees.

WHEREFORE, plaintiffs pray judgment as follows:

1. For an injunction, permanently and pending judgment, precluding defendants, or any of them, from using the name "Mr. C," "Mr. Chow," or any confusing or similar name, for a hotel or restaurant;

2. For damages and restitution in such sums as shall be found;

3. For punitive damages;

4. For plaintiffs' attorneys' fees and costs of suit; and

5. For such other and further relief as the Court shall order.

DATED: April 22, 2011

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: *[signature]*
BERTRAM FIELDS
Attorneys for Plaintiffs Michael Chow known as "Mr. Chow," Mr Chow Enterprises, Ltd., a California Limited Partnership, MC Miami Enterprises, LLC, a Florida Limited Liability Company, MC Tribeca, LLC, a New York Limited Liability Company, and TC Ventures, Inc., a New York Corporation

## DEMAND FOR JURY TRIAL

Plaintiffs Michael Chow known as "Mr. Chow," Mr Chow Enterprises, Ltd., a California Limited Partnership, MC Miami Enterprises, LLC, a Florida Limited Liability Company, MC Tribeca, LLC, a New York Limited Liability Company, and TC Ventures, INC., a New York Corporation, hereby demand a trial by jury in the above entitled action.

DATED: April 22, 2011

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: /s/ Bertram Fields
BERTRAM FIELDS
Attorneys for Plaintiffs Michael Chow known as "Mr. Chow," Mr Chow Enterprises, Ltd., a California Limited Partnership, MC Miami Enterprises, LLC, a Florida Limited Liability Company, MC Tribeca, LLC, a New York Limited Liability Company, and TC Ventures, Inc., a New York Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

### CV11- 3566 AHM (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

BERTRAM FIELDS 024288; CHARLES N.
SHEPHARD 078129; AARON J. MOSS 190625
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590
Telephone: (310) 553-3610; Facsimile: (310) 553-0687
bfields@gggirm.com
cshephard@greenbergglusker.com
amoss@greenbergglusker.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL CHOW, known as "MR. CHOW," MR. CHOW ENTERPRISES, LTD., a California Limited Partnership, MC MIAMI ENTERPRISES, LLC, a Florida Limited Liability Company, MC TRIBECA, LLC, a New York Limited Liability Company, and TC VENTURES, INC., a New York Corporation,
PLAINTIFF(S)

V.

GIUSEPPE CIPRIANI, IGNAZIO CIPRIANI, MAGGIO CIPRIANI and DOES 1 through 10,
DEFENDANT(S).

CASE NUMBER

CV11-03566 AHM (RZx)

**SUMMONS**

TO: DEFENDANT(S): GIUSEPPE CIPRIANI, IGNAZIO CIPRIANI, MAGGIO CIPRIANI and DOES 1 through 10

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs' attorneys, BERTRAM FIELDS, ESQ.; CHARLES N. SHEPHARD, ESQ.; AARON J. MOSS., whose address is GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP 1900 Avenue of the Stars, Suite 2100, Los Angeles, CA 90067-4590. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 26 2011

Dated: _____

Clerk, U.S. District Court

JULIE PRADO

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)        SUMMONS

American LegalNet, Inc.
www.USCourtForms.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I.(a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MICHAEL CHOW, known as "MR. CHOW," MR CHOW ENTERPRISES, LTD., a California Limited Partnership, MC MIAMI ENTERPRISES, LLC, a Florida Limited Liability Company, MC TRIBECA, LLC, a New York Limited Liability Company, and TC VENTURES, INC., a New York Corporation,

**DEFENDANTS**
GIUSEPPE CIPRIANI, IGNAZIO CIPRIANI, MAGGIO CIPRIANI and DOES 1 through 10,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
BERTRAM FIELDS (SBN 024199); CHARLES N. SHEPHARD (SBN 078129); AARON J. MOSS (SBN 190625)
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590         (310) 553-3610

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT: $** $10 million

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1121(a), 28 U.S.C. §§ 1331, 1332, 1338(b), 1367(a), Lanham Act Violation, etc.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: CV11-03566

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     American LegalNet, Inc. www.FormsWorkflow.com     Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, **and** one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Michael Chow and Mr. Chow Enterprises, Ltd. - Los Angeles | TC Ventures, Inc. and MC Tribeca, LLC - New York<br>MC Miami Enterprises, LLC - Florida |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Giuseppe Cipriani - Foreign Country (Italy)<br>Ignazio Gipriani - Foreign Country (Italy)<br>Maggio Gipriani - Foreign Country (Italy) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): *[signature]* BERTRAM FIELDS    Date: April 22, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |