BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
CHARLES N. SHEPHARD (SBN 078129)
CShephard@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
JULIA R. HAYE (SBN 198138)
JHaye@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Plaintiffs
Michael Chow known as "Mr. Chow,"
Mr Chow Enterprises, Ltd., a California
Limited Partnership, MC Miami Enterprises, LLC,
a Florida Limited Liability Company, MC Tribeca,
LLC, a New York Limited Liability Company, and
TC Ventures, Inc., a New York Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHOW, known as "MR. CHOW," MR CHOW ENTERPRISES, LTD., a California Limited Partnership, MC MIAMI ENTERPRISES, LLC, a Florida Limited Liability Company, MC TRIBECA, LLC, a New York Limited Liability Company, and TC VENTURES, INC., a New York Corporation,<br><br>         Plaintiffs,<br><br>    vs.<br><br>GIUSEPPE CIPRIANI, IGNAZIO CIPRIANI, MAGGIO CIPRIANI, MR. C MANAGER, LLC AND MR. C-USA, LLC,<br><br>         Defendants. | Case No. CV-11-03566 AHM (RZx)<br><br>[Assigned to:  Hon. A. Howard Matz]<br><br>**STIPULATION FOR DISMISSAL**<br><br>**Trial Date:  September 18, 2012** |

The parties to this action, through their respective counsel of record, hereby stipulate that this action may be and hereby is being dismissed with prejudice. Each party shall bear its own costs and attorneys' fees incurred in this action.

DATED: May 17, 2012  GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Julia R. Haye
    JULIA R. HAYE
Attorneys for Plaintiffs Michael Chow known as "Mr. Chow," Mr Chow Enterprises, Ltd., a California Limited Partnership, MC Miami Enterprises, LLC, a Florida Limited Liability Company, MC Tribeca, LLC, a New York Limited Liability Company, and TC Ventures, Inc., a New York Corporation

DATED: May 17, 2012  KATTEN MUCHIN ROSENMAN LLP

By: /s/ Gail Migdal Title
    GAIL MIGDAL TITLE
Attorneys for Defendants Giuseppe Cipriani, Ignazio Cipriani, Maggio Cipriani, Mr. C Manager, LLC and Mr. C-USA, LLC

58216-00003/1832803.2